DENEICE CAHILL v. EVELYN WOOTEN.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS CARL ALEXANDER.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK J. DONNELLY.

March 15, 1983.

Petition for certification denied.

JERSEY CITY REDEVELOPMENT AGENCY v.
CLEAN–O–MAT CORPORATION.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENZO CAMPO.

March 15, 1983.

Petition for certification denied.